SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

MAR 18 2015

ARTHUR JOHNSTON
BY_____ DEPU

IN THE UNITED STATES DISTRICT COURT OF MISSISSIPPI
SOUTHERN DISTRICT (NORTHERN DIVISION)

JOHNNY REESE &                                                    PLAINTIFFS
KATINA OSBY

VS.                                        CAUSE NO. 3:15cv206 WHB-JCG

ACADIA HEALTHCARE, INC. d/b/a
MILLCREEK OF MAGEE and JOHN DOES 1-5                              DEFENDANTS

COMPLAINT
(PLAINTIFF DEMANDS A JURY TRIAL)

COME NOW the Plaintiffs, Johnny Reese and Katina Osby, by and through counsel and file this their Complaint for damages against the Defendants, Acadia Healthcare, Inc., doing business as MillCreek of Magee ("MillCreek"),  and John Does 1-5 and Plaintiffs would show unto this Honorable Court as follows:

I.
THE PARTIES

1.  That Plaintiff, Johnny Reese, is an adult male citizen of Bassfield, Jefferson Davis County, Mississippi residing at 327 Bassfield Cemetery Road.

2. That Plaintiff, Katina Osby, is an adult female citizen of Magee, Simpson County, Mississippi residing at 618 Elm Avenue Northwest.

3. That Defendant Acadia Healthcare, Inc. is, now and at all times mentioned herein, a corporation organized and existing under the laws of Tennessee, with its principal place of business located at Franklin, Tennessee.  Acadia Healthcare operates, inter alia, behavioral health treatment facilities throughout the United States including Millcreek of Magee located at 900 First Avenue, Magee, Mississippi.  Service of Process may be effected upon defendant by

1

serving its registered agent CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

4. That John Does 1-5 are agents, employees and/or servants of MillCreek who are unknown to Plaintiff and whose actions and/or inactions either caused or contributed to the injuries complained of herein.  Such John Does will be served with process of this Court in accordance with the requirements of this Court when discovered.

## II.
## JURISDICTION AND VENUE

6.  That the allegations of the preceding paragraphs are incorporated by reference as if set forth in full herein.

7.  That jurisdiction is proper in this Court pursuant to 28 U.S.C. §1332 given that Defendant Acadia Healthcare is an out of state corporation and the matter in controversy exceeds $75,000.00.

8.  That venue is proper in this division pursuant to the local rules of the Court given tortuous acts, breaches and/or omissions of the Defendants occurred, accrued, or committed in whole or in part in Simpson County, Mississippi.

## III.
## THE FACTS

9.  That the allegations of the preceding paragraphs are incorporated by reference as if set forth in full herein.

10.  On or about March 19, 2014, Plaintiffs were employed by Defendant MillCreek at its facility located in Magee, Mississippi.

11.  At said time and place, Plaintiffs witnessed a MillCreek employee striking a resident student numerous times and with great force about his head, neck and body as a whole.

12. That Plaintiffs reported what they witnessed to a Francis Gilliam and others within management at MillCreek.

13. That Plaintiffs were terminated by Defendant MillCreek for reporting the illegal activities described above involving MillCreek staff and a resident student of the facility.

14. That Plaintiffs suffered emotional and financial injuries as a result of the retaliatory termination and other actions of Defendant MillCreek.

IV.

CAUSES OF ACTION

15. That the allegations of the preceding paragraphs are incorporated by reference as if set forth in full herein.

### A. RETALIATORY TERMINATION

16. That the firing of Plaintiffs by Defendant MillCreek was in retaliation for their reporting improper and illegal operations at MillCreek of Magee, thus making their termination actionable under Mississippi common law.

### B. NEGLIGENT AND/OR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

21. That Defendant MillCreek's actions negligently and/or intentionally inflicted emotional distress upon the Plaintiffs. Through intentional and/or grossly negligent acts, Defendant MillCreek committed the tort of intentional and/or negligent infliction of emotional distress, causing Plaintiffs injuries and damages, and entitling Plaintiffs to an award of punitive damages.

### C. PUNITIVE DAMAGES

3

22. That the wrongful actions of the Defendants were willful, fraudulent and/or grossly negligent and were committed with such reckless disregard for the rights of Plaintiffs that Defendants should be subject to an award of punitive damages.

V.
**PRAYER FOR RELIEF**

23. The allegations of the preceding paragraphs are incorporated by reference as if set forth in full herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Johnny Reese and Katina Osby request a trial by jury and demand from and of Defendants, individually and severally, as follows:

a. actual and compensatory, consequential and incidental damages, in the amount of Two Hundred Thousand Dollars ($200,000.00);

b. punitive damages in the amount of Two Hundred Thousand Dollars ($200,000.00);

c. attorney's fees, costs and expenses incurred in prosecuting this action;

d. pre-judgment and post-judgment interest;

e. all such other, further and different relief to which the Plaintiffs may be entitled under the premises.

RESPECTFULLY SUBMITTED, this __18__ day of March, 2015.

JOHNNY REESE & KATINA OSBY,
PLAINTIFFS

By: _____
SANFORD E. KNOTT (MB #8477)
Attorney for Plaintiffs

4

OF COUNSEL:

Sanford E. Knott, Esquire
SANFORD KNOTT & ASSOCIATES, PA
Post Office Box 1208
Jackson, MS 39215-1208
601-355-2000 tel
601-355-2600 fax